■ Ralph Leone, Appellant, v Planning Board of the Town of Ramapo et al., Respondents. — Order of the Supreme Court, Rockland County (Zeck, J.), dated August 18, 1980, affirmed, with $50 costs and disbursements (see *Press v County of Monroe,* 50 NY2d 695; *Solnick v Whalen,* 49 NY2d 224). Margett, J. P., O'Connor, Weinstein and Bracken, JJ., concur.